## Case No. 16,444.

UNITED STATES v. TEN BARRELS AND THREE KEGS.

[11 Int. Rev. Rec. 5.]

District Court, N. D. Florida. 1869.

INTERNAL REVENUE — DISTILLED SPIRITS—STAMPS AND MARKS—OBLITERATION—UN- LAWFUL SEIZURE.

*Held*, that when the clerk of a wholesale liquor dealer had emptied some barrels, carried them to a room where such were kept, and was in the act of effacing the stamps and obliterating the marks, the stamps and brands having been obliterated on two or three, and before he could proceed further the whole stock was seized by the revenue officer, and so he was prevented from effacing the stamps and marks on the remainder, in contemplation of law, the stamps and brands were effaced and obliterated, and the barrels would not be liable to a seizure.

Before FRASER, District Judge.
[Nowhere reported. The records of the court having been destroyed by fire May 18, 1891, the opinion is not now accessible.]

## Case No. 16,445.

UNITED STATES v. TEN BARRELS DIS- TILLED SPIRITS, ETC., AT 294 CHERRY ST.

[6 Int. Rev. Rec. 203.]

CONTINUANCE—ABSENCE OF WITNESS.

In an action for the forfeiture of a distillery, counsel for claimants applied to the court for postponement on account of the absence of a material witness.

THE COURT said the excuse was insufficient, and that the case must go on.

After the calling of the jury, counsel for claimants consented to condemnation, waiving a trial.

[Nowhere more fully reported; opinion not now accessible.]